463 A.2d 26

Commonwealth v. Pullie, Appellant.

Submitted March 30, 1983. John H. Corbett, Jr., Public Defender, for appellant; Robert L. Eberhardt, Deputy District Attorney, for Commonwealth, appellee.

Before CAVANAUGH, BROSKY and MONTGOMERY, JJ.

Order affirmed.